IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DERRECK RYAN GRAY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-23-615-D |
| STATE OF OKLAHOMA, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Amanda Maxfield Green pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 6] in its entirety.

For the reasons stated therein, this action is **DISMISSED WITHOUT PREJUDICE** to refiling.

**IT IS SO ORDERED** this 13th day of October, 2023.

TIMOTHY D. DeGIUSTI
Chief United States District Judge